IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01772-RPM

JOSEPH O'TOOLE,

    Plaintiff,

v.

INFOR ENTERPRISE SOLUTIONS HOLDINGS, INC.,

    Defendant.

## ORDER

Upon consideration of Plaintiff's **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED REPLY TO COUNTERCLAIM** [17], it is

ORDERED that the motion is granted and Plaintiff's Amended Reply to Counterclaims attached thereto is deemed filed.

Dated this 24th day of February, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                Senior Judge Richard P. Matsch