IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01772-RPM

JOSEPH O'TOOLE,

    Plaintiff,

v.

INFOR ENTERPRISE SOLUTIONS HOLDINGS, INC.,

    Defendant.

---

## ORDER EXTENDING DEADLINES

---

Upon consideration of the Unopposed Motion to Amend Scheduling Order [28], it is

ORDERED that the Scheduling Order is amended as follows:

(i)     Discovery cut-off: September 28, 2009;

(ii)     Motions for Summary Judgment shall be filed by November 12, 2009;

(iii)     Oppositions to any Motions for Summary Judgment shall be filed by December 2, 2009; and

(iv)     Reply Memoranda shall be filed by December 17, 2009.

Dated:   August 21st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge