IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01772-RPM

JOSEPH O'TOOLE,

    Plaintiff,

v.

INFOR ENTERPRISE SOLUTIONS HOLDINGS, INC.,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to the Joint Stipulation of Dismissal with Prejudice, filed November 10, 2009 [33], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay his or its own attorneys' fees and costs.

Dated: November 10th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge